```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JAMES K. DAVIS and SHANA DAVIS      :      CIVIL ACTION
                                    :
          v.                        :
                                    :
                                    :
CITY OF CHESTER, et al.             :      NO. 08-3913
```

**ORDER**

AND NOW, this 15th day of October 2009, upon consideration of the motion for reconsideration and the response thereto, it is ORDERED:

that the Motion is DENIED.

BY THE COURT:

/s/ John P. Fullam
Fullam,             Sr. J.